WILLIAM F. POTTER, II
936 N Spoede Road
St. Louis, MO 63146
Tel. # (314) 504-2166

March 5, 2023

RE: Maureen Woodson

Dear Judge Sippel,

I first met Maureen Woodson in 1979 when I became the District Supervisor of the North
St Louis City office of the Missouri Board of Probation and Parole. Maureen was a
member of the clerical staff and a friend of Donna Thompson.   She was a
knowledgeable, smart member of the staff who Donna Thompson, as Clerical Supervisor,
had come to depend upon to keep the office's clerical responsibilities functioning.  As my
friendship developed with Donna Thompson after I left that office, it likewise developed
with Maureen.

Starting around 2003, my wife and I had contact with Maureen and Donna Thompson in
social situations that usually revolved around retired ex-employees.  We became closer
friends who shared past work and parenting experiences.  Over the past few years, we
have developed a routine of monthly informal meetings for meals at restaurants to catch
up on the happening in each other's families and lives.

Maureen and I had talked about her work and her trips to the casinos, but I had no sense
that her gambling had become an addiction.  I was shocked when Maureen informed of
what she had done that led to her arrest and charges.  She has told me of her
embarrassment and regret for her actions, and she has explained the steps she has taken to
address her gambling addiction.  In our talks since her arrest, Maureen has never tried to
minimize her illegal behavior, or her responsibility for her actions.  I believe she would
be successful if released under court supervision.

Sincerely,

William F Potter